# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: (SD of Florida 02-22715) |
|---|---|
| United States of America | 07CV6183 |
| v. | JUDGE ZAGEL |
| Mount Sinai Medical Center | MAG. JUDGE KEYS |

*JH*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

David C. Leach, M.D., Third Party Subpoena Respondent

**FILED**

J.N *Nov. 1, 2007*

NOV X 1 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NAME (Type or print)
Douglas R. Carlson

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
*[signature]*

FIRM   Wildman, Harrold, Allen & Dixon LLP

STREET ADDRESS   225 W. Wacker Drive, 30th Floor

CITY/STATE/ZIP   Chicago, Illinois 60606

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 0391948 | TELEPHONE NUMBER  312-201-2000 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 1, 2007, a true and correct copy of the foregoing **Appearance of Douglas R. Carlson for Third Party Subpoena Respondent, David C. Leach, M.D.**, was electronically filed with the Clerk of the court for the Northern District of Illinois using the CM/ECF system. Notice of this filing will be sent to the following parties before the hour of 5:00 p.m. via electronic mail:

Brian R. Harris
brian.r.harris@usdoj.gov

Deborah M. Morris
deborah.m.morris@usdoj.gov

Grisel Alonso
grisel.alonso@usdoj.gov

John M. Bilheimer
john.m.bilheimer@usdoj.gov

Bruce Judson Berman
bberman@mwe.com

Christopher Kliefoth
ckliefoth@mwe.com

Dianne Olivia Fischer
dfischer@kpkb.com

James E. Smith
jsmith@mwe.com

Karla L. Palmer
kpalmer@mwe.com

Mark H. Churchill
mchurchill@mwe.com