# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         (SD of Florida 02-22715)

United States of America                07CV6183
v.                                       JUDGE ZAGEL
                                         MAG. JUDGE KEYS

Mount Sinai Medical Center

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

David C. Leach, M.D., Third Party Subpoena Respondent

FILED
J.N Nov. 1, 2007
NOV X 1 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NAME (Type or print)
Nancy F. Afrasiabi

SIGNATURE (Use electronic signature if the appearance form is filed electronically)

FIRM   Wildman, Harrold, Allen & Dixon LLP

STREET ADDRESS   225 W. Wacker Drive, 30th Floor

CITY/STATE/ZIP   Chicago, Illinois 60606

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   TELEPHONE NUMBER  312-201-2000
06285608

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☒

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐    NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐    NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 1, 2007, a true and correct copy of the foregoing **Appearance of Nancy F. Afrasiabi for Third Party Subpoena Respondent, David C. Leach, M.D.**, was electronically filed with the Clerk of the court for the Northern District of Illinois. Notice of this filing will be sent to the following parties:

Brian R. Harris
brian.r.harris@usdoj.gov

Deborah M. Morris
deborah.m.morris@usdoj.gov

Grisel Alonso
grisel.alonso@usdoj.gov

John M. Bilheimer
john.m.bilheimer@usdoj.gov

Bruce Judson Berman
bberman@mwe.com

Christopher Kliefoth
ckliefoth@mwe.com

Dianne Olivia Fischer
dfischer@kpkb.com

James E. Smith
jsmith@mwe.com

Karla L. Palmer
kpalmer@mwe.com

Mark H. Churchill
mchurchill@mwe.com

Nancy F. Afrasiabi