

**U.S. Department of Justice**

Tax Division

*Facsimile Nos. (202) 514-4963 or 514-9868*
*Trial Attorney: Brian R. Harris*
*Attorney's Direct Line: (202) 514-6483*

*Please reply to:* Civil Trial Section, Southern Region
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

BRHarris/ILFilingLtr110607
5-18-22413
CMN 2002105600

November 6, 2007

**FILED**
NOV 0 7 2007
UNITED STATES DISTRICT COURT

**VIA FEDERAL EXPRESS**
Michael Dobbins, Clerk of Court
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Re:  United States of America v. Mount Sinai Medical Center of Florida, Inc.
Case No. 1:07-cv-06183-Zagel                                    (N.D. Ill.)

Dear Mr. Dobbins:

Enclosed for filing is a copy of the United States' Memorandum in Opposition to Motion of Subpoena Respondent David C. Leach, MD to Stay Subpoena for Deposition, or Alternatively, to Quash Subpoena.

I am awaiting processing of my application for an e-filing registration. I was advised that in the interim I should file any necessary pleadings by mailing copies to the clerk's office.

If you should have any questions, please do not hesitate to call me.

Sincerely yours,

BRIAN R. HARRIS
Trial Attorney, Civil Trial Section
Southern Region

Enclosure