**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07-cv-06183 |
| United States of America v. Mt. Sinai Medical Center of Florida, Inc. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

United States of America

| |
|---|
| NAME (Type or print)<br>Brian R. Harris |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Brian R. Harris |
| FIRM<br>United States Department of Justice, Tax Division |
| STREET ADDRESS<br>P.O. Box 14198 |
| CITY/STATE/ZIP<br>Washington, DC 20044 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6276539 | TELEPHONE NUMBER<br>(202) 514-6483 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |